

**NOT FOR PUBLICATION**

**UNITED STATES COURT OF APPEALS**

**FOR THE NINTH CIRCUIT**

| | |
|---|---|
| **LI QIANG CHENG,** | No.   14-72211 |
| Petitioner, | Agency No. A099-538-847 |
| v. | |
| **JEFFERSON B. SESSIONS III, Attorney General,** | **MEMORANDUM**[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Argued and Submitted November 17, 2017
Pasadena, California

Before:   **KOZINSKI** and **IKUTA**, Circuit Judges, and **GETTLEMAN**,[**] District Judge.

"We review the BIA's findings of fact, including credibility findings, for

substantial evidence and uphold the BIA's findings unless the evidence compels a

---

[*]   This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]   The Honorable Robert W. Gettleman, United States District Judge for the Northern District of Illinois, sitting by designation.

contrary result." <u>Cui</u> v. <u>Holder</u>, 712 F.3d 1332, 1336 (9th Cir. 2013). Cheng has presented no evidence that the I-213 form was inaccurate, <u>see</u> <u>Espinoza</u> v. <u>INS</u>, 45 F.3d 308, 310 (9th Cir. 1995), and has not exhausted his claim that the I-826 form was improperly admitted. <u>See</u> <u>Abebe</u> v. <u>Mukasey</u>, 554 F.3d 1203, 1208 (9th Cir. 2009) (en banc). Nor has Cheng established that the immigration judge's credibility finding lacked support in the record: "[E]ven a petitioner's minor inconsistencies, when aggregated or when viewed in light of the total circumstances, may undermine credibility." <u>Shrestha</u> v. <u>Holder</u>, 590 F.3d 1034, 1043 n.4 (9th Cir. 2010).

**PETITION DENIED.**